**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RICKIE JAMES FLETCHER,** ) | |
| **ID # 1035451,** ) | |
| Petitioner, ) | |
| **vs.** ) | No. 3:16-CV-0996-N (BH) |
| ) | |
| **LORI DAVIS, Director,** ) | Referred to U.S. Magistrate Judge |
| **Texas Department of Criminal** ) | |
| **Justice, Correctional Institutions Division,** ) | |

**ORDER**

Pursuant to *Special Order No. 3-251*, this habeas case has been referred for findings, conclusions and recommendation. On June 14, 2016, it was recommended that this action be dismissed for failure to prosecute or follow court orders because the petitioner had failed to pay the $5.00 filing fee as ordered. (*See* doc. 8.) On June 27, 2016, his filing fee was received. Because the petitioner has now complied with the order of the Court, and the June 14, 2016 findings, conclusions, and recommendation have not yet been accepted, they are hereby **VACATED**.

**SIGNED** this 28th day of June, 2016.

*Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE